# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-2142

———————————————

WILLIAM F. ISAACS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Levy County.
James M. Colaw, Judge.

August 9, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

William F. Isaacs, pro se, Appellant.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.